Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−12029−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mahmoud G Marzouk
   111 Hobart Avenue
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−2263

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      11/8/18
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES
$1550.00

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 16, 2018
JAN: zlh

                                              Jeanne Naughton
                                              Clerk

```
                         United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 18-12029-JKS
Mahmoud G Marzouk                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin             Page 1 of 2            Date Rcvd: Oct 16, 2018
                              Form ID: 137            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             +Mahmoud G Marzouk,    111 Hobart Avenue,    Bayonne, NJ 07002-4275
aty            +Powers Kirn LLC,    728 Marne Highway,    Moorestown, NJ 08057-3128
lm             +Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd,    Suite 100,
                 Irvine, CA 92618-2132
517311200      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517311203      +Cbusa/sears,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                 Saint Louis, MO 63179-0040
517311204      +Chase Card Services,    Correspondence Dept,    PO Box 15278,    Wilmington, DE 19850-5278
517311205      +Citibank/Sears,    PO Box 6283,    Sioux Falls, SD 57117-6283
517311206      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
                 St Louis, MO 63179-0040
517311208      +Credit First National Assoc,    Attn: BK Credit Operations,    PO Box 81315,
                 Cleveland, OH 44181-0315
517311209     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,      Attn: Bankruptcy,    PO Box 81577,
                 Austin, TX 78708)
517311211      +Powers Kirn LLC,    728 Marine Highway,    PO Box 848, Suite 200,    Moorestown, NJ 08057-0848
517311217     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     PO Box 8026,    Cedar Rapids, IA 52408)
517328836      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517368997      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517443120      +US Bank, NA as Legal Title Trustee for,    Truman 2016 SC6 Title Trust,
                 c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
517311220      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
517383687       Wells Fargo Bank N.A,    1 Home Campus X2303-01A,    Des Moines IA 50328-0001
517311221      +Wells Fargo Bank, NA,    Foreclosure Department,    One Home Campus, X2501-01H,
                 Des Moines, IA 50328-0001
517311222      +Wells Fargo Home Equity,    PO Box 45038,    Jacksonville, FL 32232-5038
517311223       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 16 2018 23:20:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 16 2018 23:20:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 23:24:52
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517311201      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2018 23:24:54       Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517311202      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2018 23:24:54       Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517311207      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 23:19:59      Comenitycb/Toyota Rewards,
                 PO Box 182120,    Columbus, OH 43218-2120
517311210      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 16 2018 23:19:51      Kohls/Capital One,
                 Attn: Bankruptcy,    N56 W17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517395504       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2018 23:24:55
                 Portfolio Recovery Associates, LLC,     c/o Miles And More,    POB 41067,    Norfolk VA 23541
517315992       E-mail/Text: bnc-quantum@quantum3group.com Oct 16 2018 23:20:07
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517313191      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 23:25:11      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517311212      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 23:25:11      Synchrony Bank/ Old Navy,
                 PO Box 965005,    Orlando, FL 32896-5005
517311213      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 23:25:33      Synchrony Bank/Banana Republic,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517311214      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 23:25:33      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517311215      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 23:25:12      Synchrony Bank/JC Penneys,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517311216      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 23:25:11      Synchrony Bank/JC Penneys,
                 PO Box 965007,    Orlando, FL 32896-5007
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517311218*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     PO Box 8026,    Cedar Rapids, IA 52408)
517311219*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp,     PO Box 8026,    Cedar Rapids, IA 52408)
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Oct 16, 2018
                              Form ID: 137             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank, National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              Herbert B. Raymond    on behalf of Debtor Mahmoud G Marzouk bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank, National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust ecf@powerskirn.com
                                                                                             TOTAL: 6