| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Raymond and Raymond**<br>**Attorneys at Law**<br>**7 Glenwood Avenue, 4TH Floor**<br>**East Orange, New Jersey 07017**<br>**Telephone: (973) 675-5622**<br>**Telefax: (408) 519-6711;**<br>**Email: bankruptcy123@comcast.net**<br>**Herbert B. Raymond #HR-1379**<br>**Jeffrey M. Raymond**<br>**Kevin de Lyon**<br>**Attorneys for the Debtor(s)** | Order Filed on November 12, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |

| | |
|---|---|
| In Re:<br><br>MAHMOUD MARZOUK,  DEBTOR(S) | Case No.: 18-12029 (JKS)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: November 12, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Mahmoud Marzouk, Debtor(s)

Case no.: 18-12029 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,550.00** for services rendered and expenses in the amount **$40.00** for a total of **$1,590.00**.  The allowance shall be payable

___XXXX___    through the Chapter 13 plan as an administrative priority.

_____    outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.