Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12029−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mahmoud G Marzouk
111 Hobart Avenue
Bayonne, NJ 07002

Social Security No.:
xxx−xx−2263

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/13/18 at 10:00 AM

to consider and act upon the following:

*54* – Application for Early Termination of Loss Mitigation Period. Filed by Emmanuel J. Argentieri on behalf of U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. Objection deadline is 11/13/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Argentieri, Emmanuel)

*56* – Debtor's Attorney's Letter in Opposition to (related document:54 Application for Early Termination of Loss Mitigation Period. Filed by Emmanuel J. Argentieri on behalf of U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. Objection deadline is 11/13/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust) filed by Herbert B. Raymond on behalf of Mahmoud G Marzouk. (Raymond, Herbert)

Dated: 11/14/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court