| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor, US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust | Order Filed on January 16, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| MAHMOUD G. MARZOUK<br><br>xxx-xx-2263                    Debtor. | Case No.:    18-12029<br>Chapter:    13<br>Judge:    JKS |

ORDER TERMINATING LOSS MITIGATION PERIOD

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor:   MAHMOUD G. MARZOUK
Case No:  18-12029/JKS
Caption of Order: ORDER TERMINATING FOR LOSS MITIGATION PERIOD

Upon consideration of Secured Creditor, US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust's request for early termination of Loss Mitigation Period; and for good cause shown, it is hereby;

**ORDERED** as follows:

1. The Loss Mitigation Period hereby expires on ~~xxxxxxxxxxxxxxxxxx 2018~~ immediately.