| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor, US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust | Order Filed on January 16, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| MAHMOUD G. MARZOUK<br><br>xxx-xx-2263         Debtor. | Case No.:   18-12029<br>Chapter:    13<br>Judge:       JKS |

## ORDER TERMINATING LOSS MITIGATION PERIOD

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor:   MAHMOUD G. MARZOUK
Case No:  18-12029/JKS
Caption of Order: ORDER TERMINATING FOR LOSS MITIGATION PERIOD

Upon consideration of Secured Creditor, US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust's request for early termination of Loss Mitigation Period; and for good cause shown, it is hereby;

**ORDERED** as follows:

1. The Loss Mitigation Period hereby expires on ~~xxxxxxxxxxxxxxxxx 2018~~ immediately.

United States Bankruptcy Court
District of New Jersey

In re:  
Mahmoud G Marzouk  
     Debtor

Case No. 18-12029-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 16, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.  
db          +Mahmoud G Marzouk,    111 Hobart Avenue,    Bayonne, NJ 07002-4275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com  
         Herbert B. Raymond    on behalf of Debtor Mahmoud G Marzouk bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III    on behalf of Creditor    U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ecf@powerskirn.com  
                                                                                                                 TOTAL: 7