Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−12029−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mahmoud G Marzouk
   111 Hobart Avenue
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−2263

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on May 30, 2018.

   On 3/25/19 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                April 25, 2019
Time:               08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 26, 2019
JAN: wdh

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12029-JKS
Mahmoud G Marzouk                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 2              Date Rcvd: Mar 26, 2019
                               Form ID: 185               Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db          +Mahmoud G Marzouk,    111 Hobart Avenue,    Bayonne, NJ 07002-4275
aty         +Powers Kirn LLC,    728 Marne Highway,    Moorestown, NJ 08057-3128
lm          +Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd,    Suite 100,
              Irvine, CA 92618-2132
517311200   +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517311203   +Cbusa/sears,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
              Saint Louis, MO 63179-0040
517311204   +Chase Card Services,    Correspondence Dept,    PO Box 15278,    Wilmington, DE 19850-5278
517311205   +Citibank/Sears,    PO Box 6283,    Sioux Falls, SD 57117-6283
517311206   +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
              St Louis, MO 63179-0040
517311208   +Credit First National Assoc,    Attn: BK Credit Operations,    PO Box 81315,
              Cleveland, OH 44181-0315
517311209  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Attn: Bankruptcy,    PO Box 81577,
              Austin, TX 78708)
517311211   +Powers Kirn LLC,    728 Marine Highway,    PO Box 848, Suite 200,    Moorestown, NJ 08057-0848
517311217  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,    PO Box 8026,    Cedar Rapids, IA 52408)
518008558    Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517328836   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
517368997   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517443120   +US Bank, NA as Legal Title Trustee for,    Truman 2016 SC6 Title Trust,
              c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
517311220   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
517383687    Wells Fargo Bank N.A,    1 Home Campus X2303-01A,    Des Moines IA 50328-0001
517311221   +Wells Fargo Bank, NA,    Foreclosure Department,    One Home Campus, X2501-01H,
              Des Moines, IA 50328-0001
517311222   +Wells Fargo Home Equity,    PO Box 45038,    Jacksonville, FL 32232-5038
517311223    Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 00:02:28      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 00:02:24      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:05:06
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517311201   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 00:04:42      Capital One,
              Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517311202   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 00:05:16      Capital One,
              Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517311207   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 00:02:01      Comenitycb/Toyota Rewards,
              PO Box 182120,    Columbus, OH 43218-2120
517311210   +E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 00:01:21      Kohls/Capital One,
              Attn: Bankruptcy,    N56 W17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517395504    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 00:16:10
              Portfolio Recovery Associates, LLC,    c/o Miles And More,    POB 41067,    Norfolk VA 23541
517315992    E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 00:02:16
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517313191   +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:04:04      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517311212   +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:04:34      Synchrony Bank/ Old Navy,
              PO Box 965005,    Orlando, FL 32896-5005
517311213   +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:05:06      Synchrony Bank/Banana Republic,
              Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517311214   +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:04:04      Synchrony Bank/Gap,
              Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517311215   +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:05:05      Synchrony Bank/JC Penneys,
              Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517311216   +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:05:07      Synchrony Bank/JC Penneys,
              PO Box 965007,    Orlando, FL 32896-5007
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517311218*  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,    PO Box 8026,    Cedar Rapids, IA 52408)
517311219*  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp,    PO Box 8026,    Cedar Rapids, IA 52408)
                                                                                               TOTALS: 0, * 2, ## 0

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Mar 26, 2019
                                  Form ID: 185             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
      Herbert B. Raymond    on behalf of Debtor Mahmoud G Marzouk bankruptcy123@comcast.net, raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers, III    on behalf of Creditor    U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ecf@powerskirn.com

                                                                                                             TOTAL: 7