Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12029−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mahmoud G Marzouk
  111 Hobart Avenue
  Bayonne, NJ 07002

Social Security No.:
  xxx−xx−2263

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/9/19 at 10:00 AM

to consider and act upon the following:

**77** − Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 111 Hobart Avenue, Bayonne, NJ 07002. Fee Amount $ 181. filed by Creditor U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust) filed by Emmanuel J. Argentieri on behalf of U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. Objection deadline is 04/12/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Argentieri, Emmanuel)

**78** − Certification in Opposition to (related document:77 Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 111 Hobart Avenue, Bayonne, NJ 07002. Fee Amount $ 181. filed by Creditor U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust) filed by Emmanuel J. Argentieri on behalf of U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. Objection deadline is 04/12/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) filed by Creditor U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust) filed by Herbert B. Raymond on behalf of Mahmoud G Marzouk. (Raymond, Herbert)

Dated: 4/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court