| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Raymond and Raymond**<br>**Attorneys at Law**<br>**7 Glenwood Avenue, 4TH Floor**<br>**East Orange, New Jersey 07017**<br>**Telephone: (973) 675-5622**<br>**Telefax: (408) 519-6711;**<br>**Email: bankruptcy123@comcast.net**<br>**Herbert B. Raymond #HR-1379**<br>**Jeffrey M. Raymond**<br>**Kevin de Lyon**<br>**Attorneys for the Debtor(s)** | Order Filed on May 3, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>MAHMOUD MARZOUK, DEBTOR(S) | Case No.: 18-12029 (JKS)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: May 3, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Mahmoud Marzouk, Debtor(s)

Case no.:  18-12029 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,000.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,000.00**.  The allowance shall be payable

    ___XXXX___    through the Chapter 13 plan as an administrative priority.

    _____    outside the plan.


    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.