Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−12029−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mahmoud G Marzouk
   111 Hobart Avenue
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−2263

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/12/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 13, 2019
JAN: mg

        Jeanne Naughton
        Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 18-12029-JKS
Mahmoud G Marzouk                                                       Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: May 13, 2019
                               Form ID: 148                 Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db             +Mahmoud G Marzouk,    111 Hobart Avenue,    Bayonne, NJ 07002-4275
aty            +Powers Kirn LLC,   728 Marne Highway,    Moorestown, NJ 08057-3128
lm             +Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd,    Suite 100,
                 Irvine, CA 92618-2132
517311203      +Cbusa/sears,   Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                 Saint Louis, MO 63179-0040
517311206      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
                 St Louis, MO 63179-0040
517311211      +Powers Kirn LLC,   728 Marine Highway,    PO Box 848, Suite 200,    Moorestown, NJ 08057-0848
517328836      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517368997      +Toyota Motor Credit Corporation,     PO Box 9013,   Addison, Texas 75001-9013
517443120      +US Bank, NA as Legal Title Trustee for,    Truman 2016 SC6 Title Trust,
                 c/o Rushmore Loan Management Services,     PO Box 52708,   Irvine, CA 92619-2708
517311220      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
517311222      +Wells Fargo Home Equity,    PO Box 45038,   Jacksonville, FL 32232-5038
517311223       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM May 14 2019 03:23:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517311200      +EDI: TSYS2.COM May 14 2019 03:23:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
517311201      +EDI: CAPITALONE.COM May 14 2019 03:23:00       Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
517311202      +EDI: CAPITALONE.COM May 14 2019 03:23:00       Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517311204      +EDI: CHASE.COM May 14 2019 03:23:00      Chase Card Services,    Correspondence Dept,
                 PO Box 15278,    Wilmington, DE 19850-5278
517311205      +EDI: SEARS.COM May 14 2019 03:23:00      Citibank/Sears,   PO Box 6283,
                 Sioux Falls, SD 57117-6283
517311207      +EDI: WFNNB.COM May 14 2019 03:23:00      Comenitycb/Toyota Rewards,    PO Box 182120,
                 Columbus, OH 43218-2120
517311208      +EDI: CRFRSTNA.COM May 14 2019 03:23:00       Credit First National Assoc,
                 Attn: BK Credit Operations,    PO Box 81315,   Cleveland, OH 44181-0315
517311209       EDI: RCSDELL.COM May 14 2019 03:23:00      Dell Financial Services,    Attn: Bankruptcy,
                 PO Box 81577,    Austin, TX 78708
517311210      +E-mail/Text: bncnotices@becket-lee.com May 14 2019 00:03:56       Kohls/Capital One,
                 Attn: Bankruptcy,    N56 W17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
517395504       EDI: PRA.COM May 14 2019 03:23:00      Portfolio Recovery Associates, LLC,    c/o Miles And More,
                 POB 41067,   Norfolk VA 23541
517315992       EDI: Q3G.COM May 14 2019 03:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517313191      +EDI: RMSC.COM May 14 2019 03:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517311212      +EDI: RMSC.COM May 14 2019 03:23:00      Synchrony Bank/ Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
517311213      +EDI: RMSC.COM May 14 2019 03:23:00      Synchrony Bank/Banana Republic,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
517311214      +EDI: RMSC.COM May 14 2019 03:23:00      Synchrony Bank/Gap,   Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL 32896-5060
517311215      +EDI: RMSC.COM May 14 2019 03:23:00      Synchrony Bank/JC Penneys,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
517311216      +EDI: RMSC.COM May 14 2019 03:23:00      Synchrony Bank/JC Penneys,    PO Box 965007,
                 Orlando, FL 32896-5007
517311217       EDI: TFSR.COM May 14 2019 03:23:00      Toyota Motor Credit Co,    PO Box 8026,
                 Cedar Rapids, IA 52408
518008558       EDI: BL-BECKET.COM May 14 2019 03:23:00       Toyota Lease Trust,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517383687       EDI: WFFC.COM May 14 2019 03:23:00      Wells Fargo Bank N.A,    1 Home Campus  X2303-01A,
                 Des Moines IA 50328-0001
517311221      +EDI: WFFC.COM May 14 2019 03:23:00      Wells Fargo Bank, NA,    Foreclosure Department,
                 One Home Campus, X2501-01H,    Des Moines, IA 50328-0001
                                                                                               TOTAL: 24
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: May 13, 2019
                               Form ID: 148             Total Noticed: 36

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517311218*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Co,    PO Box 8026,    Cedar Rapids, IA 52408)
517311219*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Corp,    PO Box 8026,    Cedar Rapids, IA 52408)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank, National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              Herbert B. Raymond    on behalf of Debtor Mahmoud G Marzouk herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@g
               mail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank, National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust ecf@powerskirn.com
                                                                                               TOTAL: 7
```